■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK HARLAND, Appellant. [726 NYS2d 892] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Attempted Rape, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Burns, JJ.